# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREAT NORTHERN INSURANCE
COMPANY, AS SUBROGEE OF
BUSINESS FIRST BANCSHARES,
INC.; AND GREAT AMERICAN
SPIRIT INSURANCE COMPANY AS
SUBROGEE OF TIAA, FSB

NO.   2024 CW 0152

VERSUS

**APRIL 4, 2024**

LEMOINE CONTROL GROUP, LLC,
L/C DEVELOPMENT, LLC,
LEMOINE EQUITY HOLDCO, LLC,
AND LTC INVESTORS, LLC

---

In Re:    The Lemoine Company, LLC, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 729023.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT